at Martinsburg, in Bankruptcy. Forrest W. Brown, for appellant. George M. Beltzhoover, Jr., for appellees. Before GOFF and PRITCHARD, Circuit Judges, and CONNOR, District Judge.

---

CHICAGO. ST. P., M. & O. RY. CO. v. LATTA. (Circuit Court of Appeals, Eighth Circuit. January 11, 1911.) No. 3,444. In Error to the Circuit Court of the United States for the District of Nebraska. B. T. White, C. C. Wright, and B. H. Dunham, for plaintiff in error. H. C. Brome, for defendant in error.

PER CURIAM. Affirmed, with costs, on opinion of this court in former case between same parties. 172 Fed. 850, 97 C. C. A. 198.

---

FAWN et al. v. HOLLANDER.† (Circuit Court of Appeals, Fifth Circuit. March 7, 1911.) No. 2,134. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. E. T. Merrick, Walter S. Lewis, Philip Gensler, Jr., and R. J. Schwarz, for plaintiffs in error. Jewell A. Sperling and B. B. Howard, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This suit was brought by a citizen of the state of Louisiana against the five defendants, all alien citizens, to recover individually and in solido the sum of $2,095 for professional services. The jurisdiction of the court clearly attached upon the filing of the suit, and we find nothing pointed out in the record which thereafter ousted the jurisdiction. None of the assignments of error are well taken, except the fifth, which complains of the interest allowed upon the judgment, while no interest was allowed by the jury. In this respect the judgment is amended, by striking out the provision with regard to interest, and, as amended, it is affirmed, each party to pay his own costs, because the error in regard to interest was not called to the attention of the trial court.

---

HERMAN KECK MFG. CO. v. LORSCH et al. (Circuit Court of Appeals, Sixth Circuit. October 4, 1910.) No. 2,044. Appeal from the District Court of the United States for the Southern District of Ohio. Hoffman, Bode & Le Blond and C. W. Baker, for appellant. J. W. O'Hara and Jonas B. Frenkel, for appellees.

PER CURIAM. Dismissed, on stipulation of counsel. See, also, 179 Fed. 485, 103 C. C. A. 65.

---

JACKSONVILLE TOWING & WRECKING CO. v. LACHTIMAKER. (Circuit Court of Appeals, Fifth Circuit. December 20, 1910.) No. 2,131. In Error to the Circuit Court of the United States for the Southern District of Florida. N. P. Bryan and James M. Carson, for plaintiff in error. John E. Hartridge, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find no reversible error in the record in this case. The judgment of the Circuit Court is affirmed. See, also, 181 Fed. 276.